UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T Corp., ) | Civil Action No.: 04 118156AO |
| Plaintiff, ) | |
| vs. ) | **STATEMENT PURSUANT TO LR 7.3(A)** |
| GENERAL INSULATION COMPANY, ) | |
| Defendant. ) | |

Pursuant to Local Rule 7.3 (A), General Insulation has no parent corporation or publicly held company that owns more than 10% of its stock.

Dated: October 7, 2004

Respectfully submitted,
**General Insulation Company**
By its attorney,

_____
Brian Brady
BBO #630336
Peter F. Brady, Jr.
BBO #554370
Brady & Brady
50 Congress Street - Suite 225
Boston, Massachusetts 02109
(617) 227-7682

8