# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

*******************************

AT&T CORP.,

Plaintiff

VS.

GENERAL INSULATION COMPANY,

Defendant(s)

*******************************

DOCKET NO. 04 1815 GAO

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Authorized representatives for the Plaintiff, AT&T Corp., and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course- and various alternate courses- of litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Attorney for the Plaintiff,

John J. Dussi, Esq.
BBO#546355
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200

Authorized Representative
AT&T Corp.,



FILED IN
OPEN COURT
12/21/04