# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T Corp.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENERAL INSULATION COMPANY,<br><br>　　　　Defendant. | ) Civil Action No.: 04 11815 GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Authorized representatives for the Defendant, General Insulation Company, and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternate courses of litigation and have considered the resolution of the litigation through the use of alternate dispute resolution programs such as those outlined in Local Rule 16.4.

Attorney for the Defendant,

_____
Brian W. Brady
BBO# 630663
Brady & Brady
50 Congress Street, Suite 225
Boston, MA 01803

_____
Authorized Representative
General Insulation Company
Frank Granara, president

1