UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 04 11815 GAO

*********************************************
*
AT&T CORP.,                                  *
                                             *
            Plaintiff                        *
                                             *
VS.                                          *
                                             *
GENERAL INSULATION COMPANY,                  *
                                             *
            Defendant                        *
                                             *
*********************************************

### MOTION FOR LEAVE TO ADMIT GARY BETHUNE PRO HAC VICE

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, John J. Dussi, a member of the bar of this Court, respectfully moves for the admission pro hac vice of Gary Bethune, Esq. of Bethune & Associates, 14435 N. 7th Street, Suite 201, Phoenix, Arizona 85022, as co-counsel for the Plaintiff, AT&T Corp.

As detailed in the Certificate of Gary Bethune, which is attached hereto as Exhibit "A", Gary Bethune is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the local rules of the United States District Court for the District of Massachusetts.

WHEREFORE, John J. Dussi, hereby requests that the Court grant this Motion for Leave to admit Gary Bethune, Esq. Pro Hac Vice for all purposes in the instant action.

    Respectfully submitted,

    /s/ John J. Dussi
    John J. Dussi, Esq., BBO#546355
    Tracy A. Kish, Esq. BBO#656918
    Cohn & Dussi, LLC
    25 Burlington Mall Road, Sixth Floor
    Burlington, MA 01803
    (781) 494-0200

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1 (a)(2), I certify that I spoke with Defendant's attorney, Brian W. Brady, Esq., on May 24, 2005 to discuss this motion, and he did not object to this motion.

    /s/ John J. Dussi

CERTIFICATE OF SERVICE

    I, Tracy A. Kish, certify that on this 24th day of May, 2005, I served a copy of the foregoing Motion, by first class mail, postage prepaid, or by electronic filing, upon counsel of record.

    /s/ Tracy A. Kish