EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 04 11815 GAO

*******************************************

AT&T CORP.,

          **Plaintiff**

VS.

GENERAL INSULATION COMPANY,

          **Defendant**

*******************************************

## CERTIFICATE OF GARY BETHUNE

    I, Gary Bethune, being first duly sworn, in support of the Motion for Admission Pro Hac Vice, respectfully certifies as follows:

1.     I am a member in good standing of the bar of the Michigan and have been so admitted since 1976.

2.     I am in good standing in every jurisdiction in which I have been admitted to practice.

3.     There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

1

4. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

                                                                     Gary Bethune

Subscribed and sworn before me this 16th day of November 2004.

_Karlie Talenti_

Notary Public

My Commission Expires: 6/9/06



OFFICIAL SEAL
KARLIE L. TALENTI
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 9, 2006

2

# State Bar of Michigan

## Certificate

### of Good Standing

This certifies that Gary L. Bethune, P26211 of Phoenix, Arizona is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on July 6, 1976 in Wayne County.

*Chad Sluss*
Chad Sluss
Member Services
October 20, 2004