UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T Corp., | ) Civil Action No.: 04 11815 GAO |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF APPEARANCE** |
| GENERAL INSULATION COMPANY, | ) |
| Defendant. | ) |

Please enter my appearance in the above captioned case on behalf of the Defendant General Insulation Company.

Dated: 7/18/05

Respectfully submitted,

Kevin J. Snyder
BBO#629652
Attorney for General Insulation Company
701 N. Green Valley Pkwy, #200
Henderson, NV 89074
Ph: 702-990-3055
Fax: 702-990-3179

## CERTIFICATE OF SERVICE

I, Kevin J. Snyder, hereby certify that a true copy of the above document was served by first class mail on 18th day of July, 2005, upon the attorney of record for plaintiff, John J. Dussi, Cohn & Dussi, LLC, at 25 Burlington Mall Road, 6th Floor, Burlington, MA 01803 and upon the attorney of record for Defendant, Brian Brady, Brady & Brady Attorneys at Law, 50 Congress Street, Suite 225, Boston, MA 02109.

Kevin J. Snyder