UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -2 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AT&T Corp., <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL INSULATION COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No.: 04 11815 GAO <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The above parties, through undersigned counsel, hereby Stipulate that the above entitled claims of each party be dismissed, with prejudice, and, the action dismissed in its entirety. Each party is to bear its own attorney fees and costs.

Dated this 2nd Day of December, 2005.

AT&T,
By its attorney,

*Gary L. Bethune /BWB*
Gary L. Bethune (MI P26211)
14435 N. 7th Street, Ste. 201
Phoenix, AZ 85022
Tele: (800) 783-5402
Fax: (800) 783-8713

General Insulation Company
By its attorney,

*Brian Brady*
Brian Brady
BBO# 630386
**Brady & Brady**
50 Congress Street, Suite 225
Boston, MA 02109
Tel: 617-227-7682
Fax: 617-367-8840

## CERTIFICATE OF SERVICE

I, Brian Brady, hereby certify that a true copy of the above document was served by first class mail on the 2nd day of December, 2005, upon the attorney of record for plaintiff, Gary L. Bethune, 14435 N. 7th Street, Suite 201, Phoenix, AZ.

_____
Brian Brady